AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Arturo Deleon | ) | Case No. 1:12-MJ-267 |
| a/k/a Art | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/19/2012__ in the county of __Ottawa__ in the Western District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached.

☒ Continued on the attached sheet.

_____
Complainant's signature

Andrew Holt, Special Agent ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: July 19, 2012

_____
Judge's signature

City and state: Grand Rapids, Michigan

Hugh W. Brenneman, Jr., U.S. Magistrate Judge
Printed name and title