# CONTINUATION OF CRIMINAL COMPLAINT

1. I, Andrew Holt, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and I have served in this capacity since March 2007. I completed twelve weeks of Criminal Investigative Training and fourteen weeks of Special Agent Basic Training. In 2010, I successfully completed a two-week course in complex investigations. I have participated in numerous investigations involving violations of federal firearms laws, narcotics laws, and gang activity. These investigations have resulted in the arrests and convictions of criminal defendants and the seizure of firearms and narcotics. I am currently assigned to the ATF office in Grand Rapids, Michigan.

2. The information contained in this criminal complaint is based upon my personal knowledge and participation in the investigation, as well as information provided to me by other law enforcement officers, directly and through their reports. I have not set forth all of the information known to me or known to other law enforcement officers.

3. The information in this criminal complaint establishes probable cause that, on or about July 19, 2012, ARTURO DELEON, a/k/a "Art," an Hispanic male, age 30, knowingly possessed a firearm, to wit: an AMT .45 caliber semiautomatic pistol, after having incurred at least one felony conviction, in violation of Title 18, United States Code, Sections 922(g)(1). The relevant facts of the case include the following:

4. On July 19, 2012, a federal search warrant was executed at 450 Columbia Avenue, Holland, Michigan, which is the primary residence of ARTURO DELEON. The Michigan Secretary of State lists 450 Columbia Avenue, Holland, Michigan, on ARTURO DELEON's driver's license as his address. On April 10, 2012, officers from the Holland Police Department conducted a trash pull from 450 Columbia Avenue and recovered residency documents in the discarded trash with DELEON's name on them. On this date, officers also located an empty pill bottle of Inositol, which is commonly used in the cocaine trade. According to the City of Holland's electric and refuse records, ARTURO DELEON is listed as the owner/occupier of 450 Columbia Avenue as recently as June 13, 2012. On June 15, 2012, I queried ARTURO DELEON through Accurint, which listed 450 Columbia Avenue as his current address. DELEON was present in the home at the time the search was initiated today.

5. During the search, officers found an AMT .45 caliber semiautomatic pistol on the top shelf of the closet in what appears to be DELEON's bedroom, where two residency documents for DELEON were also found. The serial number on the pistol had been obliterated.

6. I have received an oral report from ATF Special Agent Brian Luettke, a recognized firearms and interstate nexus expert, regarding the AMT .45 caliber semiautomatic pistol found in DELEON's' house. Special Agent Luettke reports that it was manufactured outside the state of Michigan. He also opines that the pistol is a "firearm" as defined by federal law.

7. A criminal history check reveals that DELEON was convicted of the following: (1) August 2000, breaking and entering a building with intent, in the 20th Circuit Court in Ottawa County, Michigan; and (2) August 2000, felony firearm, in the 20th Circuit Court in Ottawa County, Michigan. Each of these convictions is for an offense punishable by imprisonment for more than one year, which makes DELEON a prohibited person under Title 18, United States Code, Section 922(g)(1).